1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADETTE HIGHTOWER, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:22-cv-01683-RSM<br><br>ORDER GRANTING PLAINTIFFS' AMENDED MOTION TO APPOINT CO-LEAD AND LIAISON COUNSEL |

After carefully reviewing the competing submissions for lead counsel, and in light of the criteria set forth in Fed. R. Civ. P. 23(g) and the Manual for Complex Litigation, the Court GRANTS Plaintiff Hightower et al.'s Amended Motion, Dkt. #24 and DENIES Plaintiff Tristan's Motion, Dkt. #21.  The Court's decision was guided in part by the near-unanimous support from counsel in the various consolidated cases. The Court hereby appoints Bryan L. Bleichner of Chestnut Cambronne PA and John Yanchunis of Morgan & Morgan Complex Litigation Group as Interim Co-Lead Counsel, and Kaleigh N. Boyd of Tousley Brain Stephens, PLLC as Interim Liaison Counsel.

ORDER - 1

IT IS SO ORDERED.

DATED this 26th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2