UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERNADETTE HIGHTOWER, LATERSHIA JONES, and GEORGE DEAN, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

Defendant.

CASE NO.: 2:22-cv-01683-RSM

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER COMPLAINT**

## I.    STIPULATION

Pursuant to Local Rule 7(j), Plaintiffs BERNADETTE HIGHTOWER, LATERSHIA JONES and GEORGE DEAN, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiffs' Consolidated Class Action Complaint and, in support thereof, state as follows:

1.     Defendant's current due date for responding to Plaintiffs' Consolidated Class Action Complaint is March 29, 2023; and

STIPULATION AND ORDER RE:
EXTENSION OF TIME TO ANSWER
COMPLAINT - 1
NO. 2:22-cv-01683-RSM

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

2.       Subject to Court approval, the Parties stipulate and agree that Defendant shall have an extension of time up to and including April 28, 2023 to answer, move or otherwise respond to Plaintiffs' Consolidated Class Action Complaint.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted an that Defendant be granted an extension of time up to and including April 28, 2023 to answer, move or otherwise respond to Plaintiffs' Consolidated Class Action Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 28th day of March, 2023.

TOUSLEY BRAIN STEPHENS PLLC

*/s/ Kayleigh N. Boyd*
Kayleigh N. Boyd, WSBA # 52684
Jason T. Dennett, WSBA # 30686
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
kboyd@tousley.com
jdennett@tousley.com
***Interim Liaison Counsel***

Bryan L. Bleichner, *pro hac vice*
Philip Krzeski, *pro hac vice*
Chestnut Cambronne PA
100 Washington Avenue South, Suite 1700
Minneapolis, Minnesota 55401
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

John A. Yanchunis, *pro hac vice*
Ryan D. Maxey, *pro hac vice*
Morgan & Morgan Complex Business Division
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
jyanchunis@forthepeople.com
rmaxey@forthepeople.com
***Interim Co-Lead Counsel***

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Sarah Turner*
Sarah Turner, WSBA # 37748
701 Fifth Avenue, Suite 2100
Seattle, Washington 98104
sturner@grsm.com

Brian E. Middlebrook, *pro hac vice*
John T. Mills, *pro hac vice*
One Battery Park Plaza, 28th Floor
New York, New York 10004
bmiddlebrook@grsm.com
jtmills@grsm.com
***Attorneys for Defendant***

STIPULATION AND ORDER RE:
EXTENSION OF TIME TO ANSWER
COMPLAINT - 2
NO. 2:22-cv-01683-RSM

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

**ORDER**

It is so ORDERED:

Defendant shall answer, move or otherwise respond to Plaintiffs' Consolidated Class Action Complaint on or before April 28, 2023.

DATED this 3rd day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE:
EXTENSION OF TIME TO ANSWER
COMPLAINT - 3
NO. 2:22-cv-01683-RSM

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822