THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADETTE HIGHTOWER, LATERSHIA JONES, and GEORGE DEAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendant. | CASE NO.: 2:22-cv-01683-RSM<br><br>**STIPULATED MOTION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT AND FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>April 28, 2023 |

### I. STIPULATED MOTION

Pursuant to Local Civil Rules 7(d)(1), 7(j), 10(g), and 15, Plaintiffs BERNADETTE HIGHTOWER, LATERSHIA JONES and GEORGE DEAN, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC ("Defendant") hereby respectfully submit this stipulated motion for leave to file a Consolidated Amended Class Action Complaint and for an extension of time for Defendant to answer, move or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint and, in support thereof, state as follows:

STIPULATED MOTION AND ORDER RE: LEAVE TO AMEND AND EXTENSION OF TIME - 1
NO. 2:22-cv-01683-RSM

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1. Following this Court's Orders granting: (i) Plaintiffs' motion to consolidate (ECF No. 12); and (ii) Plaintiffs' motion to appoint co-lead and liaison counsel (ECF No. 31), Plaintiffs filed their Consolidated Class Action Complaint on February 27, 2023. ECF No. 32.

2. Defendant's current due date for responding to Plaintiffs' Consolidated Class Action Complaint is April 28, 2023. ECF No. 39.

3. Plaintiffs seek to file a Consolidated Amended Class Action Complaint, a copy of which is annexed hereto as Exhibit A. The parties have met and conferred and, while Defendant opposes the merits of Plaintiffs' proposed Consolidated Amended Class Action Complaint and reserves the right to move to dismiss same, Defendant does not oppose Plaintiffs' request to file same pursuant to Fed. R. Civ. P. 15 and LCR 15.

4. Subject to Court approval, the Parties stipulate and agree that Plaintiffs shall file the Consolidated Amended Class Action Complaint within seven (7) days of entry of an order on this stipulated motion.

5. Additionally, the Parties have agreed to discuss the possibility of an early resolution, including the potential exchange of information to allow the Parties to evaluate the strengths and weaknesses of Plaintiffs' claims and Defendant's defenses, as well as the scheduling of a mediation before Hon. Wayne Andersen (Ret.). Given the mediator's availability, the Parties anticipate that the mediation will be scheduled on or around July 12, 2023.

6. As such, in light of the above and the Parties' agreement to discuss the possibility of an early resolution, subject to Court approval, the Parties stipulate and agree that Defendant shall have an extension of time up to and including July 28, 2023 to answer, move or otherwise respond to Plaintiffs' forthcoming Consolidated Amended Class Action Complaint.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that: (i) Plaintiffs be granted leave to file a Consolidated Amended Class Action Complaint; and

STIPULATED MOTION AND ORDER RE: LEAVE TO
AMEND AND EXTENSION OF TIME - 2
NO. 2:22-cv-01683-RSM

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

(ii) Defendant be granted an extension of time up to and including July 28, 2023 to answer, move or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 28th day of April, 2023.  The undersigned counsel certify that this stipulated motion contains 441 words, in compliance with the Local Civil Rules.

| TOUSLEY BRAIN STEPHENS PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| /s/ Kaleigh N. Boyd | /s/ Sarah Turner |
| Kaleigh N. Boyd, WSBA # 52684 | Sarah Turner, WSBA # 37748 |
| Jason T. Dennett, WSBA # 30686 | 701 Fifth Avenue, Suite 2100 |
| 1200 Fifth Avenue, Suite 1700 | Seattle, Washington 98104 |
| Seattle, WA 98101-3147 | sturner@grsm.com |
| kboyd@tousley.com | |
| jdennett@tousley.com | Brian E. Middlebrook, *pro hac vice* |
| **Interim Liaison Counsel** | John T. Mills, *pro hac vice* |
| | One Battery Park Plaza, 28th Floor |
| Bryan L. Bleichner, *pro hac vice* | New York, New York 10004 |
| Philip Krzeski, *pro hac vice* | bmiddlebrook@grsm.com |
| Chestnut Cambronne PA | jtmills@grsm.com |
| 100 Washington Avenue South, Suite 1700 | **Attorneys for Defendant** |
| Minneapolis, Minnesota 55401 | |
| bbleichner@chestnutcambronne.com | |
| pkrzeski@chestnutcambronne.com | |
| | |
| John A. Yanchunis, *pro hac vice* | |
| Ryan D. Maxey, *pro hac vice* | |
| Morgan & Morgan Complex Business Division | |
| 201 N. Franklin Street, 7th Floor | |
| Tampa, Florida 33602 | |
| jyanchunis@forthepeople.com | |
| rmaxey@forthepeople.com | |
| **Interim Co-Lead Counsel** | |

STIPULATED MOTION AND ORDER RE: LEAVE TO AMEND AND EXTENSION OF TIME - 3
NO. 2:22-cv-01683-RSM

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# ORDER

The Parties' Stipulated Motion is GRANTED. It is so ORDERED:

Plaintiffs shall file the Consolidated Amended Class Action Complaint in the form attached to this Stipulated Motion as Exhibit A within seven (7) days of entry of this Order.

Defendant shall answer, move or otherwise respond to Plaintiffs' Consolidated Class Action Complaint on or before July 28, 2023.

DATED this 4th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE: LEAVE TO AMEND AND EXTENSION OF TIME - 4
NO. 2:22-cv-01683-RSM

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992