UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADETTE HIGHTOWER, LATERSHIA JONES, GEORGE DEAN, and BRUCE MARK WOODRUFF, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendant. | CASE NO.: 2:22-cv-01683-RSM<br><br>**ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

It is so ORDERED:

Defendant shall answer, move or otherwise respond to Plaintiffs' Consolidated Class Action Complaint on or before August 28, 2023.

Dated this 2nd day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER RE: EXTENSION OF TIME - 1
NO. 2:22-cv-01683-RSM

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822