UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADETTE HIGHTOWER, LATERSHIA JONES, GEORGE DEAN, and BRUCE MARK WOODRUFF, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendant. | CASE NO.: 2:22-cv-01683-RSM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND TO SUBMIT INITIAL DISCLOSURES AND JOINT STATUS REPORT AND CASE MANAGEMENT PLAN** |

## I.     STIPULATION

Pursuant to Local Rules 7(j) and 10(g), Plaintiffs BERNADETTE HIGHTOWER, LATERSHIA JONES, GEORGE DEAN, and BRUCE MARK WOODRUFF, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint and for an extension of time to submit Initial Disclosures and Joint Status Report and Discovery Plan, in support thereof, state as follows:

STIPULATION AND ORDER RE:
EXTENSION OF TIME - 1
NO. 2:22-cv-01683-RSM

1. Plaintiffs filed their Amended Consolidated Class Action Complaint on May 4, 2023.  ECF No. 42.

2. Defendant's current due date for responding to Plaintiffs' Consolidated Class Action Complaint is August 28, 2023.  ECF No. 46.

3. Additionally, the following deadlines for initial disclosure and submission of the Joint Status Report and Discovery Plan are in place: (1), Deadline for FRCP 26(f) Conference: September 1, 2023; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): September 8, 2023; and (3) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): September 15, 2023.  ECF No. 43.

4. As set forth in the Parties' motion to amend complaint and for an extension of time for Defendant to respond to the Amended Consolidated Class Action Complaint (ECF No. 40), the Parties agreed to discuss the possibility of an early resolution, including the exchange of information to allow the Parties to evaluate the strengths and weaknesses of Plaintiff's claims and Defendant's defenses, as well as the scheduling of a mediation before Hon. Wayne Andersen (Ret.).  This mediation was conducted on July 12, 2023.  *See also* ECF No. 45.

5. Following completion of this mediation session, the Parties are continuing to engage in discussions regarding an early resolution with the assistance of the mediator.  The Parties have exchanged documentation in aid of an early resolution and are continuing to discuss any early resolution of the matter with Hon. Wayne Andersen (Ret.), including the scheduling of a second day of mediation, anticipated to take place in early October.

6. The Parties agree that it would be beneficial to further extend the time for Defendant to answer, move or otherwise respond to Plaintiffs' Consolidated Amended Complaint while these discussions are ongoing.

7. As such, in light of the above and subject to Court approval, the Parties stipulate and agree that Defendant shall have an extension of time up to and including October 27, 2023 to

answer, move or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint.

8. Moreover, the Parties stipulate and agree, subject to Court approval, that the deadlines for initial disclosure and submission of the Joint Status Report and Discovery Plan be extended as follows: (1), Deadline for FRCP 26(f) Conference: November 1, 2023; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): November 8, 2023; and (3) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): November 15, 2023.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that Defendant be granted an extension of time up to and including October 27, 2023 to answer, move or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint, and that the deadlines for initial disclosure and submission of the Joint Status Report and Discovery Plan be extended as follows: (1), Deadline for FRCP 26(f) Conference: November 1, 2023; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): November 8, 2023; and (3) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): November 15, 2023.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 25th day of August, 2023.

| | |
|---|---|
| TOUSLEY BRAIN STEPHENS PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
| /s/ Kaleigh N. Boyd | /s/ Sarah Turner |
| Kaleigh N. Boyd, WSBA # 52684 | Sarah Turner, WSBA # 37748 |
| Jason T. Dennett, WSBA # 30686 | 701 Fifth Avenue, Suite 2100 |
| 1200 Fifth Avenue, Suite 1700 | Seattle, Washington 98104 |
| Seattle, WA 98101-3147 | sturner@grsm.com |
| kboyd@tousley.com | |
| jdennett@tousley.com | |
| **Interim Liaison Counsel** | |

STIPULATION AND ORDER RE:
EXTENSION OF TIME - 3
NO. 2:22-cv-01683-RSM

| | |
|---|---|
| Bryan L. Bleichner, *pro hac vice* | Brian E. Middlebrook, *pro hac vice* |
| Philip Krzeski, *pro hac vice* | John T. Mills, *pro hac vice* |
| Chestnut Cambronne PA | One Battery Park Plaza, 28th Floor |
| 100 Washington Avenue South, Suite 1700 | New York, New York 10004 |
| Minneapolis, Minnesota 55401 | bmiddlebrook@grsm.com |
| bbleichner@chestnutcambronne.com | jtmills@grsm.com |
| pkrzeski@chestnutcambronne.com | ***Attorneys for Defendant*** |

John A. Yanchunis, *pro hac vice*
Ryan D. Maxey, *pro hac vice*
Morgan & Morgan Complex Business Division
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
jyanchunis@forthepeople.com
rmaxey@forthepeople.com
***Interim Co-Lead Counsel***

STIPULATION AND ORDER RE:
EXTENSION OF TIME - 4
NO. 2:22-cv-01683-RSM

**ORDER**

It is so ORDERED:

Defendant shall answer, move or otherwise respond to Plaintiffs' Consolidated Class Action Complaint on or before October 27, 2023.

The deadlines for initial disclosure and submission of the Joint Status Report and Discovery Plan per ECF No. 43 are extended as follows: (1), Deadline for FRCP 26(f) Conference: November 1, 2023; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): November 8, 2023; and (3) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): November 15, 2023.

Dated this 28th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE