The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BERNADETTE HIGHTOWER, LATERSHIA JONES, GEORGE DEAN, and BRUCE MARK WOODRUFF, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>            Defendant. | Case No. 2:22-cv-01683-RSM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND TO SUBMIT INITIAL DISCLOSURES AND JOINT STATUS REPORT AND CASE MANAGEMENT PLAN**<br><br>**NOTE ON MOTION CALENDAR: October 27, 2023** |

## I.      STIPULATION

Pursuant to Local Rules 7(j) and 10(g), Plaintiffs Bernadette Hightower, Latershia Jones, George Dean, and Bruce Mark Woodruff, individually and on behalf of all others similar situated ("Plaintiffs") and Defendant Receivables Performance Management, LLC ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint and for

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1
No. 2:22-cv-01683-RSM

an extension of time to submit Initial Disclosures and Joint Status Report and Discovery Plan, in support thereof, state as follows:

1.      Plaintiffs filed their Amended Consolidated Class Action Complaint on May 4, 2023. ECF No. 42.

2.      Defendant's current due date for responding to Plaintiffs' Consolidated Class Action Complaint is October 27, 2023. ECF No. 48.

3.      Additionally, the Court has set the following deadlines for initial disclosures and submission of the Joint Status Report and Discovery Plan: 1) Deadline for FRCP 26(f) Conference: November 1, 2023; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): November 8, 2023; and (3) Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f): November 15, 2023.

4.      As set forth in the Parties' motion to amend complaint and for an extension of time for Defendant to respond to the Amended Consolidated Class Action Complaint (ECF No. 40), the Parties agreed to discuss the possibility of an early resolution, including the exchange of information to allow the Parties to evaluate the strengths and weaknesses of Plaintiff's claims and Defendant's defenses, as well as the scheduling of a mediation before Hon. Wayne Andersen (Ret.). This mediation was conducted on July 12, 2023. ECF No. 45.

5.      The Parties continue to discuss early resolution of this matter with the assistance of a mediator. However, at this time, early resolution has not been successful.

6.      Given that the Parties' efforts, up until now, have been focused on the potential for resolution rather than litigation, the Parties stipulate and agree that good cause exists for an extension as stipulated herein and that it would be beneficial to further extend the time for

1    Defendant to answer, move, or otherwise respond to Plaintiffs' Consolidated Amended

2    Complaint.

3        7.      As such, in light of the above and subject to Court approval, the Parties stipulate

4    and agree that Defendant shall have an extension of time up to and including November 27,

5    2023 to answer, move, or otherwise respond to Plaintiffs' Consolidated Amended Class

6    Action Complaint.

7        8.      Moreover, the Parties stipulate and agree, subject to Court approval, that the

8    deadlines for initial disclosures and submission of the Joint status Report and Discovery Plan

9    be extended as follows: (1) Deadline for FRCP 26(f) Conference: December 1, 2023; (2)

10   Initial Disclosures Pursuant to FRCP 26(a)(1): December 8, 2023; and (3) Combined Joint

11   Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f):

12   December 15, 2023.

13       WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that

14   Defendant be granted an extension as stipulated and agreed herein.

15       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 27th day of October,

16   2023.

17

18

19   **TOUSLEY BRAIN STEPHENS PLLC**          **GORDON REES SCULLY**
                                               **MANSUKHANI, LLP**

20
     By: */s/Kaleigh N. Boyd*
21        Kaleigh N. Boyd, WSBA #52684          Sarah Turner, WSBA #37748
22        1200 Fifth Avenue, Suite 1700         701 Fifth Avenue, Suite 2100
          Seattle, WA 98101-3147                Seattle, Washington 98104
23        Tel: (206) 682-5600                   sturner@grsm.com
          Fax: (206) 682-2992
24        kboyd@tousley.com

25   *Interim Liaison Counsel*

26

STIPULATION AND ORDER RE: EXTENSION OF TIME - 3
No. 2:22-cv-01683-RSM

Bryan L. Bleichner, *pro hac vice*
Philip Krzeski, *pro hac vice*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

John A. Yanchunis, *pro hac vice*
Ryan D. Maxey, *pro hac vice*
**MORGAN & MORGAN COMPLEX**
**BUSINESS DIVISION**
201 N. Franklin Street,
7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Interim Co-Lead Counsel*

s/ *John T. Mills*
Brian E. Middlebrook, *pro hac vice*
John T. Mills, *pro hac vice*
One Battery Park Plaza, 28th Floor
New York, New York 1004
bmiddlebrook@grsm.com
jtmills@grsm.com

*Attorneys for Defendant*

1

**ORDER**

2

It is so ORDERED:

3

     Defendant shall answer, move, or otherwise respond to Plaintiffs' Consolidated

4

Amended Class Action Complaint on or before November 27, 2023.

5

     The deadlines for initial disclosures and submission of the Joint Status Report and

6

Discovery Plan per ECF No. 43 are extended as follows: (1) Deadline for FRCP 26(f)

7

Conference: December 1, 2023; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): December

8

8, 2023; and (3) Combined Joint Status Report and Discovery Plan as required by FRCP

9

26(f) and Local Civil Rule 26(f): December 15, 2023.

10

11

12

Dated this _____ day of October, 2023.

13

14

                             HONORABLE RICARDO S. MARTINEZ

15

                             UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER RE: EXTENSION OF TIME - 5
No. 2:22-cv-01683-RSM