The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BERNADETTE HIGHTOWER, LATERSHIA JONES, GEORGE DEAN, and BRUCE MARK WOODRUFF, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

Defendant.

Case No. 2:22-cv-01683-RSM

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND TO SUBMIT INITIAL DISCLOSURES AND JOINT STATUS REPORT AND CASE MANAGEMENT PLAN**

**NOTE ON MOTION CALENDAR:**
**November 27, 2023**

## I.   STIPULATION

Pursuant to Local Rules 7(j) and 10(g), Plaintiffs Bernadette Hightower, Latershia Jones, George Dean, and Bruce Mark Woodruff, individually and on behalf of all others similar situated ("Plaintiffs") and Defendant Receivables Performance Management, LLC ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint and for

STIPULATOIN AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

GORDON REES SCULLY MANSUKHANI LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

an extension of time to submit Initial Disclosures and Joint Status Report and Discovery Plan, and in support thereof, state as follows:

1. Plaintiffs filed their Amended Consolidated Class Action Complaint on May 4, 2023. ECF No. 42.

2. Defendant's current due date for responding to Plaintiffs' Consolidated Class Action Complaint is November 27, 2023. ECF No. 51.

3. Additionally, the Court has set the following deadlines for initial disclosures and submission of the Joint Status Report and Discovery Plan: 1) Deadline for FRCP 26(f) Conference: December 1, 2023; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): December 8, 2023; and (3) Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f): December 15, 2023. ECF No. 51.

4. As set forth in the Parties' motion to amend complaint and for an extension of time for Defendant to respond to the Amended Consolidated Class Action Complaint (ECF No. 40), the Parties agreed to discuss the possibility of an early resolution, including the exchange of information to allow the Parties to evaluate the strengths and weaknesses of Plaintiffs' claims and Defendant's defenses, as well as the scheduling of a mediation before Hon. Wayne Andersen (Ret.). This mediation was conducted on July 12, 2023. ECF No. 45.

5. The Parties continue to discuss early resolution of this matter with the assistance of Hon. Wayne Anderson (Ret.). Following the last mediation session, the Parties exchanged significant documentation to assist in the potential early resolution of this matter. Additionally, the Parties have agreed to exchange further documentation following the initial exchange to assist in the potential early resolution of this matter. Mediator Hon. Wayne

STIPULATOIN AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

Gordon Rees Scully Mansukhani LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

Andersen (Ret.) continues to be involved and continues to facilitate the Parties' efforts to resolve the matter.

6. In light of the above, the Parties stipulate and agree that good cause exists for an extension as stipulated herein and that it would be beneficial to further extend the time for Defendant to answer, move, or otherwise respond to Plaintiffs' Consolidated Amended Complaint.

7. As such, in light of the above and subject to Court approval, the Parties stipulate and agree that Defendant shall have an extension of time up to and including January 26, 2024 to answer, move, or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint.

8. Moreover, the Parties stipulate and agree, subject to Court approval, that the deadlines for initial disclosures and submission of the Joint status Report and Discovery Plan be extended as follows: (1) Deadline for FRCP 26(f) Conference: February 1, 2024; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): February 8, 2024; and (3) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): February 15, 2024.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that Defendant be granted an extension as stipulated and agreed herein.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 27th day of November, 2023.

STIPULATOIN AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

GORDON REES SCULLY MANSUKHANI LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| By: */s/Kaleigh Boyd* | */s/ Sarah Turner* |
| Kaleigh N. Boyd, WSBA #52684 | Sarah Turner, WSBA #37748 |
| 1200 Fifth Avenue, Suite 1700 | 701 Fifth Avenue, Suite 2100 |
| Seattle, WA 98101-3147 | Seattle, Washington 98104 |
| Tel: (206) 682-5600 | sturner@grsm.com |
| Fax: (206) 682-2992 | |
| kboyd@tousley.com | |

*Interim Liaison Counsel*

| | |
|---|---|
| Bryan L. Bleichner, *pro hac vice* | Brian E. Middlebrook, *pro hac vice* |
| Philip Krzeski, *pro hac vice* | John T. Mills, *pro hac vice* |
| **CHESTNUT CAMBRONNE PA** | One Battery Park Plaza, 28th Floor |
| 100 Washington Avenue South, Suite 1700 | New York, New York 1004 |
| Minneapolis, MN 55401 | bmiddlebrook@grsm.com |
| Phone: (612) 339-7300 | jtmills@grsm.com |
| Fax: (612) 336-2940 | |
| bbleichner@chestnutcambronne.com | *Attorneys for Defendant* |
| pkrzeski@chestnutcambronne.com | |

John A. Yanchunis, *pro hac vice*
Ryan D. Maxey, *pro hac vice*
**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
201 N. Franklin Street,
7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Interim Co-Lead Counsel*

STIPULATOIN AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

GORDON REES SCULLY MANSUKHANI LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

# ORDER

It is so ORDERED:

Defendant shall answer, move, or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint on or before January 26, 2024.

The deadlines for initial disclosures and submission of the Joint Status Report and Discovery Plan per ECF No. 51 are extended as follows: (1) Deadline for FRCP 26(f) Conference: February 1, 2024; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): February 8, 2024; and (3) Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f): February 15, 2024.

DATED this 30th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATOIN AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

GORDON REES SCULLY MANSUKHANI LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822