The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BERNADETTE HIGHTOWER, LATERSHIA JONES, GEORGE DEAN, and BRUCE MARK WOODRUFF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:22-cv-01683-RSM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND TO SUBMIT INITIAL DISCLOSURES AND JOINT STATUS REPORT AND CASE MANAGEMENT PLAN**<br><br>**NOTE ON MOTION CALENDAR: January 26, 2024** |

### I.     STIPULATION

Pursuant to Local Rules 7(j) and 10(g), Plaintiffs Bernadette Hightower, Latershia Jones, George Dean, and Bruce Mark Woodruff, individually and on behalf of all others similar situated ("Plaintiffs") and Defendant Receivables Performance Management, LLC ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint and for

STIPULATOIN AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

Gordon Rees Scully Mansukhani LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

an extension of time to submit Initial Disclosures and Joint Status Report and Discovery Plan, and in support thereof, state as follows:

1. Plaintiffs filed their Amended Consolidated Class Action Complaint on May 4, 2023. ECF No. 42.

2. Defendant's current due date for responding to Plaintiffs' Consolidated Class Action Complaint is January 27, 2024. ECF No. 53.

3. Additionally, the Court has set the following deadlines for initial disclosures and submission of the Joint Status Report and Discovery Plan: 1) Deadline for FRCP 26(f) Conference: February 1, 2024; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): February 8, 2024; and (3) Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f): February 15, 2024. ECF No. 53.

4. As set forth in the Parties' motion to amend complaint and for an extension of time for Defendant to respond to the Amended Consolidated Class Action Complaint (ECF No. 52), the Parties agreed to discuss the possibility of an early resolution, including the exchange of information to allow the Parties to evaluate the strengths and weaknesses of Plaintiffs' claims and Defendant's defenses, as well as the scheduling of a mediation before Hon. Wayne Andersen (Ret.). This mediation was conducted on July 12, 2023. ECF No. 45.

5. The Parties continue to discuss early resolution of this matter with the assistance of Hon. Wayne Anderson (Ret.). Following the last mediation session, the Parties exchanged significant documentation to assist in the potential early resolution of this matter, and the Parties continue to exchange further documentation following the initial exchange to assist in the potential early resolution of this matter.  Mediator Hon. Wayne Andersen (Ret.) continues to be involved and continues to facilitate the Parties' efforts to resolve the matter, and the

STIPULATOIN AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**Gordon Rees Scully Mansukhani LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

Parties are considering whether a further mediation session with Hon. Andersen is warranted to assist the parties in achieving a resolution of this matter.

6. In light of the above, the Parties stipulate and agree that good cause exists for an extension as stipulated herein and that it would be beneficial to further extend the time for Defendant to answer, move, or otherwise respond to Plaintiffs' Consolidated Amended Complaint.

7. As such, in light of the above and subject to Court approval, the Parties stipulate and agree that Defendant shall have an extension of time up to and including March 29, 2024 to answer, move, or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint.

8. Moreover, the Parties stipulate and agree, subject to Court approval, that the deadlines for initial disclosures and submission of the Joint status Report and Discovery Plan be extended as follows: (1) Deadline for FRCP 26(f) Conference: April 5, 2024; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): April 12, 2024; and (3) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): April 19, 2024.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that Defendant be granted an extension as stipulated and agreed herein.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 26th day of January, 2024.

STIPULATOIN AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

GORDON REES SCULLY MANSUKHANI LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| By: */s/Kaleigh Boyd* <br> Kaleigh N. Boyd, WSBA #52684 <br> 1200 Fifth Avenue, Suite 1700 <br> Seattle, WA 98101-3147 <br> Tel: (206) 682-5600 <br> Fax: (206) 682-2992 <br> kboyd@tousley.com <br><br> *Interim Liaison Counsel* <br><br> Bryan L. Bleichner, *pro hac vice* <br> Philip Krzeski, *pro hac vice* <br> **CHESTNUT CAMBRONNE PA** <br> 100 Washington Avenue South, Suite 1700 <br> Minneapolis, MN 55401 <br> Phone: (612) 339-7300 <br> Fax: (612) 336-2940 <br> bbleichner@chestnutcambronne.com <br> pkrzeski@chestnutcambronne.com <br><br> John A. Yanchunis, *pro hac vice* <br> Ryan D. Maxey, *pro hac vice* <br> **MORGAN & MORGAN COMPLEX BUSINESS DIVISION** <br> 201 N. Franklin Street, <br> 7th Floor <br> Tampa, Florida 33602 <br> (813) 223-5505 <br> jyanchunis@ForThePeople.com <br> rmaxey@ForThePeople.com <br><br> *Interim Co-Lead Counsel* | */s/ Sarah Turner* <br> Sarah Turner, WSBA #37748 <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, Washington 98104 <br> sturner@grsm.com <br><br><br><br> Brian E. Middlebrook, *pro hac vice* <br> John T. Mills, *pro hac vice* <br> One Battery Park Plaza, 28th Floor <br> New York, New York 1004 <br> bmiddlebrook@grsm.com <br> jtmills@grsm.com <br><br> *Attorneys for Defendant* |

STIPULATOIN AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**GORDON REES SCULLY MANSUKHANI LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

**ORDER**

It is so ORDERED:

Defendant shall answer, move, or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint on or before March 29, 2024.

The deadlines for initial disclosures and submission of the Joint Status Report and Discovery Plan per ECF No. 51 are extended as follows: (1) Deadline for FRCP 26(f) Conference: April 5, 2024; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): April 12, 2024; and (3) Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f): April 19, 2024.

DATED this 29th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATOIN AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**GORDON REES SCULLY MANSUKHANI LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822