1

2

THE HONORABLE RICARDO S. MARTINEZ

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | |
|---|---|
| BERNADETTE HIGHTOWER, LATERSHIA JONES, GEORGE DEAN, and BRUCE MARK WOODRUFF, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>    v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>          Defendant. | Case No. 2:22-cv-01683-RSM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND TO SUBMIT INITIAL DISCLOSURES AND JOINT STATUS REPORT AND CASE MANAGEMENT PLAN**<br><br>**NOTE ON MOTION CALENDAR: March 29, 2024** |

### I.     STIPULATION

Pursuant to Local Rules 7(j) and 10(g), Plaintiffs Bernadette Hightower, Latershia Jones, George Dean, and Bruce Mark Woodruff, individually and on behalf of all others similar situated ("Plaintiffs") and Defendant Receivables Performance Management, LLC ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint and for

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**GORDON REES SCULLY MANSUKHANI LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

an extension of time to submit Initial Disclosures and Joint Status Report and Discovery Plan, and in support thereof, state as follows:

1. Plaintiffs filed their Amended Consolidated Class Action Complaint on May 4, 2023. ECF No. 42.

2. Defendant's current due date for responding to Plaintiffs' Consolidated Class Action Complaint is March 29, 2024. ECF No. 55.

3. Additionally, the Court has set the following deadlines for initial disclosures and submission of the Joint Status Report and Discovery Plan: 1) Deadline for FRCP 26(f) Conference: April 5, 2024; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): April 12, 2024; and (3) Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f): April 19, 2024. ECF No. 55.

4. As set forth in the Parties' motion to amend complaint and for an extension of time for Defendant to respond to the Amended Consolidated Class Action Complaint (ECF No. 52), the Parties agreed to discuss the possibility of an early resolution, including the exchange of information to allow the Parties to evaluate the strengths and weaknesses of Plaintiffs' claims and Defendant's defenses, as well as the scheduling of a mediation before Hon. Wayne Andersen (Ret.). This mediation was conducted on July 12, 2023. ECF No. 45.

5. The Parties continue to discuss early resolution of this matter with the assistance of Hon. Wayne Anderson (Ret.). The Parties are in the final stages of settlement discussions with the assistance of the mediator and anticipate finalizing discussions in the next three (3) weeks.

6. In light of the above, the Parties stipulate and agree that good cause exists for an extension as stipulated herein and that it would be beneficial to further extend the time for

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

GORDON REES SCULLY MANSUKHANI LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Defendant to answer, move, or otherwise respond to Plaintiffs' Consolidated Amended Complaint.

7.      If the Parties are able to resolve the matter before Defendant's deadline to answer, move or otherwise respond to Plaintiffs' Consolidated Amended Complaint, the Parties will promptly advise the Court and request appropriate deadlines for implementation of any agreed-upon settlement.

8.      As such, in light of the above and subject to Court approval, the Parties stipulate and agree that Defendant shall have an extension of time up to and including April 19, 2024 to answer, move, or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint.

9.      Moreover, the Parties stipulate and agree, subject to Court approval, that the deadlines for initial disclosures and submission of the Joint status Report and Discovery Plan be extended as follows: (1) Deadline for FRCP 26(f) Conference: April 26, 2024; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): May 3, 2024; and (3) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): May 10, 2024.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that Defendant be granted an extension as stipulated and agreed herein.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 29th day of March, 2024.

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

GORDON REES SCULLY MANSUKHANI LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

**TOUSLEY BRAIN STEPHENS PLLC**

**GORDON REES SCULLY MANSUKHANI, LLP**


By: */s/Kaleigh Boyd*
    Kaleigh N. Boyd, WSBA #52684
    1200 Fifth Avenue, Suite 1700
    Seattle, WA 98101-3147
    Tel: (206) 682-5600
    Fax: (206) 682-2992
    kboyd@tousley.com

    *Interim Liaison Counsel*

    Bryan L. Bleichner, *pro hac vice*
    Philip Krzeski, *pro hac vice*
    **CHESTNUT CAMBRONNE PA**
    100 Washington Avenue South, Suite 1700
    Minneapolis, MN 55401
    Phone: (612) 339-7300
    Fax: (612) 336-2940
    bbleichner@chestnutcambronne.com
    pkrzeski@chestnutcambronne.com

    John A. Yanchunis, *pro hac vice*
    Ryan D. Maxey, *pro hac vice*
    **MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
    201 N. Franklin Street,
    7th Floor
    Tampa, Florida 33602
    (813) 223-5505
    jyanchunis@ForThePeople.com
    rmaxey@ForThePeople.com

    *Interim Co-Lead Counsel*

*/s/ Sarah Turner*
Sarah Turner, WSBA #37748
701 Fifth Avenue, Suite 2100
Seattle, Washington 98104
sturner@grsm.com


Brian E. Middlebrook, *pro hac vice*
John T. Mills, *pro hac vice*
One Battery Park Plaza, 28th Floor
New York, New York 1004
bmiddlebrook@grsm.com
jtmills@grsm.com

*Attorneys for Defendant*

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**GORDON REES SCULLY MANSUKHANI LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
TEL: 206.695.5100 • FAX: 206.689.2822

1

## ORDER

2   It is so ORDERED:

3       Defendant shall answer, move, or otherwise respond to Plaintiffs' Consolidated Amended

4   Class Action Complaint on or before April 19, 2024.

5       The deadlines for initial disclosures and submission of the Joint Status Report and

6   Discovery Plan per ECF No. 51 are extended as follows: (1) Deadline for FRCP 26(f)

7   Conference: April 26, 2024; (2) Initial Disclosures Pursuant to FRCP 26(a)(1): May 3, 2024;

8   and (3) Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local

9   Civil Rule 26(f): May 10, 2024.

10

11      DATED this 1st day of April, 2024.

12

13

14      RICARDO S. MARTINEZ
        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM