1

2

3

4

5

6

7

8

9

The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10

11

12

13

14

15

16

17

18

BERNADETTE HIGHTOWER, LATERSHIA
JONES, GEORGE DEAN, and BRUCE MARK
WOODRUFF, individually and on behalf of all
others similarly situated,

        Plaintiffs,

        v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

        Defendant.

Case No. 2:22-cv-01683-RSM

**STIPULATION AND ORDER FOR**
**EXTENSION OF TIME TO FILE**
**DISMISSAL/SETTLEMENT**
**PAPERWORK**

**NOTE ON MOTION CALENDAR:**
**June 10, 2024**

19

20

21

22

23

24

25

26

### I.       STIPULATION

Pursuant to Local Rules 7(j) and 10(g), Plaintiffs Bernadette Hightower, Latershia Jones,

George Dean, and Bruce Mark Woodruff, individually and on behalf of all others similar situated

("Plaintiffs") and Defendant Receivables Performance Management, LLC ("Defendant") hereby

respectfully submit this stipulated motion for an extension of time to file Dismissal/Settlement

paperwork, and state as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1.      On April 24, 2024, the Parties notified the Court that a resolution has been reached in this matter.

2.      On April 24, 2024, the Court terminated all pending deadlines and ordered Dismissal/Settlement paperwork to be filed by June 10, 2024. ECF No. 59.

3.      The Parties continue to finalize the documents necessary to file their Motion for Preliminary Approval, including several declarations that Plaintiffs intend to file in support of their Motion.

4.      The Parties agree and believe that an additional 30 days would assist the Parties in finalizing the documents they need to present a full and helpful record to the Court.

5.      In light of the above, the Parties stipulate and agree that good cause exists for an extension as stipulated herein.

6.      Considering the above and subject to Court approval, the Parties stipulate and ask that the Court order that they shall have an extension of time up to and including July 10, 2024 to file Settlement/Dismissal paperwork.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that the Parties be granted an extension as stipulated and agreed herein.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 10th day of June, 2024.

**TOUSLEY BRAIN STEPHENS PLLC**

**GORDON REES SCULLY MANSUKHANI, LLP**

By: s/Kaleigh N. Boyd
    Kaleigh N. Boyd, WSBA #52684
    1200 Fifth Avenue, Suite 1700
    Seattle, WA 98101-3147
    Tel: (206) 682-5600

*s/Sarah Turner*
Sarah Turner, WSBA #37748
701 Fifth Avenue, Suite 2100
Seattle, Washington 98104
sturner@grsm.com

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

Fax: (206) 682-2992
kboyd@tousley.com

*Interim Liaison Counsel*

Bryan L. Bleichner, *pro hac vice*
Philip Krzeski, *pro hac vice*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

John A. Yanchunis, *pro hac vice*
Ryan D. Maxey, *pro hac vice*
**MORGAN & MORGAN COMPLEX
BUSINESS DIVISION**
201 N. Franklin Street,
7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Interim Co-Lead Counsel*

Brian E. Middlebrook, *pro hac vice*
John T. Mills, *pro hac vice*
One Battery Park Plaza, 28th Floor
New York, New York 1004
bmiddlebrook@grsm.com
jtmills@grsm.com

*Attorneys for Defendant*

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**ORDER**

It is so ORDERED:

The Parties shall file Dismissal/Settlement paperwork on or before July 10, 2024.

DATED this 11th day of June, 2024.

 

 

 

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992