HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADETTE HIGHTOWER, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:22-cv-01683-RSM<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**<br><br>**NOTE ON MOTION CALENDAR: July 11, 2024** |

Plaintiffs Bernadette Hightower, Latershia Jones, George Dean, and Bruce Mark Woodruff (collectively, "Plaintiffs"), move under LCR 7(f) and for leave to file Plaintiffs' forthcoming Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion") over-length, specifically up to 8,400 words. In support, Plaintiffs state as follows:

1. Plaintiffs intend to file their Motion on July 17, 2024. Pursuant to Local Rule 7(e)(1), Plaintiffs are allotted 2,100 words for the Motion.

2. The Motion calls for, *inter alia*, the factual and procedural background of this litigation, the relevant data breach class action litigation landscape, Class Counsel's litigation-adjacent efforts, a discussion of the terms of this significant class action

UNOPPOSED MOTION FOR OVERLENGTH BRIEF- 1
Case No. 2:22-cv-01683-RSM

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

settlement, and Ninth Circuit precedent on preliminary approval of class action settlements, including a multi-factor test for approval. The Motion will ask the Court to make specific findings in ordering that the class action settlement be preliminarily approved.

3. Accordingly, Plaintiffs respectfully request up to 8,400 words (*i.e.*, the same word limit that would be applicable to a motion for class certification) for the Motion to address these subjects thoroughly.

4. Class Counsel has conferred with Defendants' Counsel, who do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Unopposed Motion for Leave to File Over-Length Brief.

DATED this 11th day of July, 2024.

By: *s/Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA #52684
Jason T. Dennett, WSBA #30686
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Tel: (206) 682-5600
Fax: (206) 682-2992
kboyd@tousley.com
jdennett@tousley.com

*Interim Liaison Counsel*

Bryan L. Bleichner*
Philip Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

UNOPPOSED MOTION FOR OVERLENGTH BRIEF- 2
Case No. 2:22-cv-01683-RSM

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | John A. Yanchunis* |
| 2 | Ryan D. Maxey* |
|   | **MORGAN & MORGAN COMPLEX** |
| 3 | **BUSINESS DIVISION** |
|   | 201 N. Franklin Street, 7th Floor |
| 4 | Tampa, Florida 33602 |
|   | Tel: (813) 223-5505 |
| 5 | jyanchunis@ForThePeople.com |
|   | rmaxey@ForThePeople.com |

John A. Yanchunis*
Ryan D. Maxey*
**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Interim Co-Lead Counsel*

UNOPPOSED MOTION FOR OVERLENGTH BRIEF- 3
Case No. 2:22-cv-01683-RSM

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992