The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BERNADETTE HIGHTOWER, LATERSHIA JONES, GEORGE DEAN, and BRUCE MARK WOODRUFF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:22-cv-01683-RSM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL/SETTLEMENT PAPERWORK**<br><br>**NOTE ON MOTION CALENDAR:<br>July 9, 2024** |

## I.    STIPULATION

Pursuant to Local Rules 7(j) and 10(g), Plaintiffs Bernadette Hightower, Latershia Jones, George Dean, and Bruce Mark Woodruff, individually and on behalf of all others similar situated ("Plaintiffs") and Defendant Receivables Performance Management, LLC ("Defendant") hereby respectfully submit this stipulated motion for an extension of time to file Dismissal/Settlement paperwork, and state as follows:

---

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1. On April 24, 2024, the Parties notified the Court that a resolution has been reached in this matter.

2. On April 24, 2024, the Court terminated all pending deadlines and ordered Dismissal/Settlement paperwork to be filed by June 10, 2024. ECF No. 59.

3. On June 10, 2024, the Parties moved the Court for an additional 30 days to present their proposed dismissal/settlement paperwork to the Court, which the Court granted on June 11, 2024. *See* ECF No. 62.

4. While the Parties have nearly completed the work necessary to submit their settlement papers to the Court, they continue to finalize the documents necessary to file their Motion for Preliminary Approval, including several declarations that Plaintiffs intend to file in support of their Motion.

5. The Parties agree and believe that an additional 7 days would assist the Parties in finalizing the documents they need to present a full and helpful record to the Court, and intend for this to be the last such extension they seek related to this deadline.

6. In light of the above, the Parties stipulate and agree that good cause exists for an extension as stipulated herein.

7. Considering the above and subject to Court approval, the Parties stipulate and ask that the Court order that they shall have an extension of time up to and including July 17, 2024 to file Settlement/Dismissal paperwork.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that the Parties be granted an extension as stipulated and agreed herein.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 9th day of July, 2024.

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| By: *s/Kaleigh N. Boyd*  | *s/Sarah Turner* |
| Kaleigh N. Boyd, WSBA #52684 | Sarah Turner, WSBA #37748 |
| 1200 Fifth Avenue, Suite 1700 | 701 Fifth Avenue, Suite 2100 |
| Seattle, WA 98101-3147 | Seattle, Washington 98104 |
| Tel: (206) 682-5600 | sturner@grsm.com |
| Fax: (206) 682-2992 | |
| kboyd@tousley.com | |
| | |
| *Interim Liaison Counsel* | |
| | |
| Bryan L. Bleichner, *pro hac vice* | Brian E. Middlebrook, *pro hac vice* |
| Philip Krzeski, *pro hac vice* | John T. Mills, *pro hac vice* |
| **CHESTNUT CAMBRONNE PA** | One Battery Park Plaza, 28th Floor |
| 100 Washington Avenue South, Suite 1700 | New York, New York 1004 |
| Minneapolis, MN 55401 | bmiddlebrook@grsm.com |
| Phone: (612) 339-7300 | jtmills@grsm.com |
| Fax: (612) 336-2940 | |
| bbleichner@chestnutcambronne.com | *Attorneys for Defendant* |
| pkrzeski@chestnutcambronne.com | |
| | |
| John A. Yanchunis, *pro hac vice* | |
| Ryan D. Maxey, *pro hac vice* | |
| **MORGAN & MORGAN COMPLEX BUSINESS DIVISION** | |
| 201 N. Franklin Street, | |
| 7th Floor | |
| Tampa, Florida 33602 | |
| (813) 223-5505 | |
| jyanchunis@ForThePeople.com | |
| rmaxey@ForThePeople.com | |
| | |
| *Interim Co-Lead Counsel* | |

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

**ORDER**

It is so ORDERED:

The Parties shall file Dismissal/Settlement paperwork on or before July 17, 2024.

DATED this 15th day of July, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME
No. 2:22-cv-01683-RSM

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992