HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERNADETTE HIGHTOWER, on behalf of herself and all other similarly situated,

Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

Defendant.

Case No. 2:22-cv-01683-RSM

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

**ORDER**

Plaintiffs' motion is **GRANTED**. Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement may be up to 8,400 words.

**IT IS SO ORDERED.**

DATED this 15th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF- 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Presented by:

By: *s/Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA #52684
Jason T. Dennett, WSBA #30686
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Tel: (206) 682-5600
Fax: (206) 682-2992
kboyd@tousley.com
jdennett@tousley.com

*Interim Liaison Counsel*

Bryan L. Bleichner*
Philip Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

John A. Yanchunis*
Ryan D. Maxey*
**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Interim Co-Lead Counsel*

ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF- 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992