HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADETTE HIGHTOWER, on behalf of herself and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RECEIVABLES PERFORMANCE MANAGEMENT, LLC, <br><br> Defendant. | Case No.: 2:22-cv-01683-RSM <br><br> **SUPPLEMENTAL DECLARATION OF PATRICK M. PASSARELLA OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT** |

I, Patrick M. Passarella, declare as follows:

## **INTRODUCTION**

1.     I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2.     This declaration supplements the *Declaration of Patrick M. Passarella of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement*, filed on October 18, 2024 (the "Initial Declaration"), in order to provide updated information to the Court regarding Notice Program Reach, Claim Activity, and the number of Requests for Exclusion and objections received by Kroll. The Initial Declaration is incorporated herein by reference in its entirety.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement and Release entered into in this Action.

**NOTICE PROGRAM REACH**

3.      On July 16, 2024, Kroll established a toll-free telephone number, (833) 522-1750, for Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system. As of November 26, 2024, the IVR system has received 9,225 calls, and 151 callers have been connected to live operators.

4.      As of November 26, 2024, 6,953 Short Form Notices were returned by the USPS with a forwarding address. 6,843 Short Form Notices were automatically re-mailed to the updated addresses provided by the USPS. The remaining 110 Short Form Notices were re-mailed to the updated addresses provided by the USPS.  In addition to the foregoing, nine (9) additional Short Form Notices were returned a second time and re-mailed by Kroll to a second updated address provided by the USPS.

5.      As  November 26, 2024, 329,459 Short Form Notices were returned by the USPS as undeliverable as addressed, without a forwarding address. Kroll ran 326,659 undeliverable records through an advanced address search.[2] The advanced address search produced 254,598 updated addresses. Kroll has re-mailed Short Form Notices to the 254,598 updated addresses obtained from the advanced address search. Of the 254,598 re-mailed Short Form Notices, 4,628 have been returned as undeliverable a second time.

**CLAIM ACTIVITY**

6.      The Claims Deadline was November 12, 2024. As of November 26, 2024, Kroll has received 515 Claim Forms through the mail and 23,974 Claim Forms filed electronically through the Settlement Website. Kroll is still in the process of reviewing and validating Claim Forms.

**EXCLUSIONS AND OBJECTIONS**

7.      The Opt-Out and Objection Deadlines were November 12, 2024.

8.      As of November 26, 2024, Kroll has received an additional twenty-three (23) Requests for Exclusion, for a total of thirty-six (36) Requests for Exclusion, and three (3) additional objections to the Settlement, for a total of five (5) objections. One objector, Mary Clarke, has also

---

[2] As directed by the Parties, the remaining 2,800 Short Form Notices were not remailed as they were received after the final advanced address search was executed.

submitted a claim. An updated list of the Requests for Exclusion received is attached hereto as **Exhibit A**, and the five (5) objections are attached hereto as **Exhibits B through F**.

## <u>**CERTIFICATION**</u>

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on November 26, 2024, in Delaware, Ohio.

_____

PATRICK M. PASSARELLA

# Exhibit A

# Exclusion List

| Count | Record Identification Number |
|-------|------------------------------|
| 1 | 83079CZ1KZ8PD |
| 2 | 83079FZ9TXFHV |
| 3 | 83079FBX032R4 |
| 4 | 83079H7CDGSZG |
| 5 | 83079H542RSD4 |
| 6 | 83079D7Y6FZ71 |
| 7 | 83079CD0FNFKB |
| 8 | 83079F85GWJYX |
| 9 | 83079GH43K0TM |
| 10 | 83079DNY2NCY7 |
| 11 | 83079FWKV3TG0 |
| 12 | 83079NK7QRY2J |
| 13 | 83079FJ90D9RQ |
| 14 | 83079H9DMVNT1 |
| 15 | 83079F165T17B |
| 16 | 83079CDTVSXD7 |
| 17 | 83079GVW492RX |
| 18 | 83079GXV0P40M |
| 19 | 83079G99R8SHY |
| 20 | 83079FSGTQ1N7 |
| 21 | 83079CYVV9RTV |
| 22 | 83079CG33098D |
| 23 | 83079HD9TFTYZ |
| 24 | 83079GB23716P |

# Exhibit B

Dear Sir,

my Name is Annie Mae Davis I am the Guardian of Dominiquesia Davis I will like to Object to the Settlement

Thank you

Annie Marie Davis

17 SEP 2024   PM 3  L

Thinking of you

FREEDOM
FOREVER/USA

RPM Date Incident Settle
                         ment
C/o Roll Settlement Administr
                              ationllc
P.O. Box 225391
New York, NY 10150-5391

10150-539191

Exhibit C

Object:

Reason: Stay in the Settlement Class

Explain: I'm from the
Old school, paper there
were Not computer, We
all brough those story's those
Company was selling about
more Servicer reach out
Kept up with the time,

So thing change. Then
We got all things faster &
better living master Mind.

America Are the Only
Natural Data get cyberattack
they Data, OR that Not
Known Why is that??
        So I want the companies
that let my Data get taken
let them Know your servicer
can or can't Keep my Data
Safe Leaves the bussiness
move with the time Important,

but until My Object
        Settlement class

Mary Clarke



RPM Data incident Settlement
C/o Kroll Settlement Administration L.L.C.
P.O. Box 225391
New York, NY· 10150-5391

101508S391 BO30

# Exhibit D

Settlement Administrator                    11-6-24
 in Settlement in Hightower
et al. v. Receivables Performance
Management, LLC, Case No. 2:22-cv-01683-RSM

- Totally object to the whole thing. Sorry barely
writing to you. I've been a little buzy. I'm
going through stolen Identity as well as Bankruptcy
Court allegedly. I also have appeals going on all
at the same time. Benefits appeal. Extra jobs I've
never worked for I've been at my same job for going
on almost 2 yrs. Lived in another same state Texas
I have so much paperwork on Stolen Identity.
Recent Transcripts from IRS. Having to wait for Info
on Different Companies. My mail is barely starting
to find me again after two years. I'm not
doing nothing on Online due to the fact thats how
they were able to get in. So I'm writing to everyone
sending stolen Identity case. I have multiple
credit reports. Bank statements. yes would
love reimbursement for all the extra stuff I've
ben having to pay for, that I had no control over.
All my Credit Bureaus should be frozen for
two years already. Also HHS Department has info
with multiple accounts. extra jobs I never even
applied to. I'm waiting on a appeal also. allegedly
one of my Biological Fathers incarcerated and
allegedly have a child support lawyer that was
never hired. Wrote to her already Please update
my Info. Thank you if any questions dont hesitate
to reach out.
Erica Ann Arevalo                    Erica Arevalo
                                     Birthday

 FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number: 

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Erica | Ann | Arevalo |

| Address: | Phone: | Email: |
|---|---|---|
| ███████████ | ███████████ | ███████████ |

## Personal Statement

███████████████████████████████████████████████████████

## Accounts Affected by the Crime

### Credit Card Opened by the Thief

| Company or Organization: ████████ | |
|---|---|
| Date that I discovered it: | Total fraudulent amount: |
| 1/2020 | $ 0 |

### Landline Phone Account Opened by the Thief

| Company or Organization: ████████ | |
|---|---|
| Date that I discovered it: | Total fraudulent amount: |
| 1/2020 | $ 0 |

### Fraudulent Checking or Savings Account

| Company or Organization: ████████ | |
|---|---|
| Date that I discovered it: | Total fraudulent amount: |
| 1/2020 | $ 0 |

### Check Fraud

| Company or Organization: ████████ | |
|---|---|
| Date that I discovered it: | Total fraudulent amount: |
| 1/2020 | $ 0 |

## Suspect Information

| Contact Information | Address: ▮▮▮▮▮ |
| | Email Address: ▮▮▮▮▮▮▮ |
| Relationship | Other |

---

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Erica Ann Arevalo**                                    7/15/2022
Erica Ann Arevalo                                       Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

CERTIFIED MAIL

Retail



UNITED STATES
POSTAL SERVICE ®

RDC 99

U.S. POSTAGE PAID
FCM LETTER

NOV 06, 2024

$5.58

S2324K504088-22

RPM Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

10150-539191

# Exhibit E

RPM Data Incident Settlement
c/o Kroll Setttlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

**ELECTRONIC SERVICE REQUESTED**

---

**RPM Data Incident Settlement**

**U.S. District Court for the WESTERN DISTRICT OF WASHINGTON**

Hightower, et al. v. Receivables Performance Management, LLC, Case No. 2:22-cv-01683-RSM

**IF YOU WERE NOTIFIED BY RECEIVABLES PERFORMANCE MANAGEMENT, LLC REGARDING THE APRIL 2021 DATA INCIDENT, YOU MAY BE ELIGIBLE FOR PAYMENT AND CREDIT MONITORING SERVICES FROM A CLASS ACTION SETTLEMENT.**

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web,*

**www.RPM DataSettlement.com.**

---

UNIQUE CLAIMANT ID:

**Postal Service: Please do not mark barcode**

64105-P015-T1993-0905454*******AUTO**5-DIGIT 73034
Caleb Rowton

Caleb A Rowton

TO Settlement Administrator
    RPM
TO RPM Data Incident Settlement
Regarding Hightower et al vs Receivables Performance
Management LLC Case No. 2:22-CV-01683-RSM

    Claimant ID:

— I wish to stay in the settlement but
I hereby object to the grossly low amount
of payment from the notice I attached
I have suffered hacking, Id theft
and much more. I will also write the Judge
over this case reflecting my thoughts and the
prosecutor. I wish to stay in Settlement Class
but will aggressively pursue punitive damages
Best regards
Caleb Andrew Rowton

PM
Nov 12, 2024

Caleb A Roussos

RPM Data Incident Settlement
c/o Kroll Settlement Admin LLC
P/O Box 225391
New York, NY 10150-5391

10150-539191

# Exhibit F

83079    COR0000327

COR0000327

Nov. 11, 2024

MY Objection is iN a agreement with all Parts of the settlement.

Tbulis Jones

BIRMINGHAM AL 350

18 NOV 2024 PM 5 L

RPM Data Incident Settlement LLC
c/o Kroll Settlement Administration
P.O. Box 225391
New York, NY 10150 5391

10150-539191