HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADETTE HIGHTOWER, LATERSHIA JONES, GEORGE DEAN, AND BRUCE MARK WOODRUFF on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:22-cv-01683-RSM<br><br>**ORDER GRANTING ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO PLAINTIFFS**<br><br>**NOTE ON MOTION CALENDAR:**<br>December 6, 2024 |

This matter came before the Court on Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards ("Fee Motion").

The Court, having previously entered an Order Granting Preliminary Approval of Class Action Settlement (Dkt. 73, "Preliminary Approval Order"), in which the Court preliminarily approved the proposed Settlement as being fair, reasonable, and adequate to the Settlement Class; preliminarily certified the Settlement Class; designated Class Representatives and Class Counsel; appointed a Settlement Administrator; approved the forms and methods of disseminating information about the Settlement and found them to constitute the best notice practicable under the circumstances, constitute due and sufficient notice of the matters set forth in the notices to all

ORDER GRANTING ATTORNEYS' FEES, EXPENSES,
AND SERVICE AWARDS TO PLAINTIFFS - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

persons entitled to receive such notices, and fully satisfy the requirements of due process, Rule 23 of the Federal Rules of Civil Procedure, and all other applicable laws and rules; established procedures for Class Members to make claims, opt out, or object to the Settlement and Attorney's Fees and Costs; established deadlines for the filing of a motion for final approval of the Settlement and motion for attorneys' fees, costs, and service awards; and scheduled a hearing for December 6, 2024, for the Court to determine whether Attorneys' Fees and Costs should be awarded;

The Court having held a hearing on Plaintiffs' Fee Motion on December 6, 2024, after notice to the Class, and the Court having fully considered Plaintiffs' Fee Motion, as well as the declaration and submissions in support thereof, and all papers filed or submitted to the Court in connection with the proceedings in these actions, and good cause appearing therefor;

IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:

1.     All capitalized terms not otherwise defined have the meanings set forth in the Amended Settlement Agreement (Dkt. 68-1) ("Settlement").

2.     The Court has considered Class Counsel's Fee Motion along with the declaration submitted by Counsel setting forth their time and expenses incurred in connection with this Litigation.

3.     Pursuant to Rule 23, and relevant Ninth Circuit authority, the Court awards Class Counsel $1,400,000.00 as an award of reasonable attorneys' fees and costs to be paid in accordance with the Settlement. The Court finds this amount of fees fair and reasonable under the percentage of recovery method and under a lodestar cross-check, given the results obtained for the Settlement Class in the form of significant monetary relief; the complexity and novelty of the issues presented in the litigation; the risk of non-payment posed in the litigation; the contingent nature of the fee; and the skill of Class Counsel. The Court also finds the amount of costs and expenses is fair and reasonable, and represents the reasonable expenses incurred to advance this litigation.

ORDER GRANTING ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO PLAINTIFFS - 2

1    4.    The Court grants Settlement Class Counsel discretion to allocate the attorneys'

2 fees, costs and expenses among all Plaintiffs' counsel.

3    5.    This award of attorneys' fees, costs, and expenses, and any interest earned

4 thereon, shall be paid in accordance with the Settlement. This award of attorneys' fees, costs, and

5 expenses is independent of the Court's consideration of the fairness, reasonableness, and

6 adequacy of the Settlement.

7    6.    The Court grants Class Counsel's requested Service Awards of $2,500 to each

8 Plaintiff identified as a Class Representative in the Court's Preliminary Approval Order. The

9 Court finds that these Service Awards are justified by each Representative Plaintiffs' service to

10 the Settlement Class. This Service Award shall be paid in accordance with the Settlement.

11    7.    Without affecting the finality of this Order, the Court hereby reserves continuing

12 and exclusive jurisdiction over all matters related to the administration and consummation of the

13 terms of this Order.

14    8.    The Court shall enter a judgment consistent with this Order.

15

16

17    IT IS SO ORDERED this 6th day of December, 2024.

18

19

20    RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

ORDER GRANTING ATTORNEYS' FEES, EXPENSES,
AND SERVICE AWARDS TO PLAINTIFFS - 3

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Presented by:

*s/ Kaleigh N. Boyd*

Kaleigh N. Boyd, WSBA #52684
Jason T. Dennett, WSBA #30686
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Tel: (206) 682-5600
Fax: (206) 682-2992
kboyd@tousley.com
jdennett@tousley.com

Bryan L. Bleichner*
Philip Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

John A. Yanchunis*
Ryan J. McGee*
**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: (813) 223-5505
jyanchunis@ForThePeople.com
rmcgee@ForThePeople.com

*Settlement Class Counsel*

*admitted pro hac vice*

ORDER GRANTING ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO PLAINTIFFS - 4